No. 5386.—Santini Fertilizer Co., aplda., v. Hernáiz, etc., aplte.—C. D. San Juan. Diciembre 1, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Por cuanto, aparece del récord que la demanda en este caso alegó la falta de pago de la suma de $500, parte de la de $794.93 e intereses, consignada en un pagaré, cuya copia se une a la alegación, resultando asimismo que el deudor en el expresado documento se obligó a pagar intereses al 12 por 100 anual en caso de demora, y los honorarios de abogado del acreedor, y los gastos que ocasionare el cobro;

Por cuanto, aparece asimismo que la parte demandada opuso excepción previa sosteniendo la falta de jurisdicción de la corte de distrito por entender que la suma envuelta es de $500 solamente, y además por falta de hechos para determinar causa de acción; y declarada sin lugar la excepción, la parte demandada contestó admitiendo la existencia, suscripción y entrega del pagaré; y alegando novación por haberse sustituído el contrato original por otro. Y una vez señalada la vista del caso, y llegado el día compareció ante la corte solamente la demandante que practicó su prueba; y la corte dictó sentencia contra la parte demandada por $500 de principal, intereses al 9 por 100, costas y gastos, incluyendo $100 para honorarios de abogado, sentencia que es objeto de esta apelación;

Por cuanto, del alegato presentado por la demandada-apelante no aparece otra cosa que la alegación de que en el litigio no se halla envuelta otra suma que la de $500 y que en la demanda no se alegó que la obligación se encontraba en poder de la demandante;

Por cuanto, la cuestión de jurisdicción que se promueve se halla resuelta por la doctrina del caso *Flesh* v. *Texidor*, 27 D.P.R. 890, y la del caso *Smallwood Bros.* v. *Fernández y Detres*, 40 D.P.R. 686, en sentido adverso al que propone la demandada en este caso,

Por tanto, se desestima la apelación, a moción de la apelada.